# EXHIBIT A



| Department of Homeland Security | Form I-797C, Notice of Action |
|---|---|
| U.S. Citizenship and Immigration Services | |

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | Case Type |
|---|---|
| ▮▮▮▮▮▮▮▮ | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |

| Received Date | Priority Date | Applicant |
|---|---|---|
| 08/08/2023 | | ▮▮▮▮▮▮▮▮ |

| Notice Date | Page | |
|---|---|---|
| 08/08/2023 | 1 of 2 | |

**Notice Type:** Receipt Notice

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589, Application for Asylum and for Withholding of Removal was received and is pending as of 08/08/2023.

You may remain in the U.S. until your asylum application is decided. Having a pending asylum application with USCIS does not preclude U.S. Immigration and Customs Enforcement (ICE) or U.S. Customs and Border Protection (CBP) from placing you into removal proceedings. If you wish to leave while your application is pending, you must obtain advance parole or, for Temporary Protected Status (TPS) recipients, approval of Form I-512T, Authorization for Travel by a Noncitizen to the United States (sometimes referred to as MTINA TPS travel authorization), from USCIS. If you change your address, send written notification of the change within 10 days to the Asylum Office at the below address or using the USCIS Online Change of Address system at https://egov.uscis.gov/coa/displayCOAForm.do. If you filed your asylum application online, update your address in your USCIS online account profile accessible at myaccount.uscis.gov/.

You will receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear at an Application Support Center (ASC) for biometrics collection. You will also receive a notice informing you when you and those listed on your application as a spouse or child dependents must appear for an asylum interview. Those notices will contain instructions for what to bring to your ASC appointment and what to bring to your asylum interview.

WARNING: Failure to appear at the ASC for biometrics collection or for your asylum interview may affect your eligibility for employment authorization and may also result in the dismissal of your asylum application or referral of your asylum application to an immigration judge.

Applicant(s):

| Alien Number | Name |
|---|---|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |

Please see the additional information on the back. You will be notified separately about any other cases you filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Chicago Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
181 W. Madison Street, Suite 3000
Chicago IL 60602

**USCIS Contact Center:** www.uscis.gov/contactcenter



**EXHIBIT A**



If you are visiting a field office and need directions, including public transportation directions, please see **www.uscis.gov/fieldoffices** for more information.

## Notice for People with Disabilities

To request a disability accommodation:

- Go to uscis.gov/accommodations to make your request online, or
- Call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833) for help in English or Spanish. Asylum and NACARA 203 applicants must call to make their request.

If you need a sign language interpreter, make your request as soon as you receive your appointment notice. The more advance notice we have of your accommodation request, the better prepared we can be and less likely we will need to reschedule your appointment. For more information about accommodations, visit uscis.gov/accommodationsinfo.

# EXHIBIT B



| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇ | I821 - APPLICATION FOR TEMPORARY PROTECTED STATUS |
| Received Date<br>12/07/2023 | Priority Date<br>12/07/2023 | Applicant ▇▇▇▇▇▇<br>▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ |
| Notice Date<br>02/17/2024 | Page<br>1 of 1 | |



**Notice Type:** Receipt Notice
**Received Amount:** $ 135.00 U.S. Paid

Thank you for submitting your application, petition, or request. Our office is currently processing it.

Please verify your personal information listed above. If you need to make any changes, immediately notify the USCIS Contact Center using the phone number below.

**Next Steps:**

- We will schedule you for an appointment at a USCIS Application Support Center (ASC) for you to provide your fingerprints, photograph and/or signature.
- We will mail you a separate biometrics appointment notice with the specific date, time, and ASC location. Please wait until you receive your appointment notice before going to the ASC.

Be advised that this notice does **NOT** serve as notification of your biometrics appointment.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

If you have questions about immigration benefits, services, filing information, or forms, please visit our website at www.uscis.gov or call the NCSC.

If your mailing address changes while your case is pending, please update it through your USCIS Online Account or by calling the USCIS Contact Center.

You will be notified separately about any other application, petition, or request you may have filed with us.

Please note that if a priority date appears on this notice, it does not reflect any earlier retained priority dates.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.
**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

USCIS TSC
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd. STE 114
Irving TX 75038-0015



**USCIS Contact Center: www.uscis.gov/contactcenter**

**EXHIBIT B**