IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FJ.C.G, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) Civil No. 1:25-cv-04107 |
| | ) |
| Michael J. Smith, et al. | ) |
| | ) |
| Respondent. | ) |

## DECLARATION OF DEPORTATION OFFICER

Pursuant to 28 U.S.C. § 1746, I, Keith Taylor, Supervisory Detention and Deportation Officer ("SDDO") for the Enforcement and Removal Office ("ERO"), Immigration Customs Enforcement ("ICE"), of the Department of Homeland Security ("DHS"), hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information, and belief:

1. I have been an SDDO in the Chicago ERO since December 2016. I enforce the immigration laws, and my duties include arresting aliens who are removable from the United States.

2. I have reviewed our databases and the corresponding administrative file regarding Petitioner F.J.C.G., Axxxxxx255. I am familiar with the facts and circumstances of Petitioner's immigration proceedings and his detention by DHS.

3. On or about March 21, 2025, Petitioner was taken into ICE custody and briefly detained in Broadview, Illinois, before being transferred to Dodge County Jail in Dodge County, Wisconsin.

4. Petitioner remained in ICE custody in Dodge County Jail until April 14, 2025.

5. On April 14, 2025, Petitioner was transferred briefly to Broadview, Illinois, before being transported to Greene County Jail in Missouri and then Kay County Justice Facility in Oklahoma. He arrived at Kay County Justice Facility in Oklahoma on April 14, 2025.

6. On April 15, 2025, Petitioner was transferred to Bluebonnet Detention Facility in Texas.

Executed this 30th day of April, 2025, in Chicago, Illinois.

_____
Supervisory Detention and Deportation Officer