IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| F.J.C.G., <br><br> Petitioner, <br><br> v. <br><br> Michael J. Smith, et al, <br><br> Respondent. | Case No.  25 CV 4107 <br> Judge Robert W. Gettleman |

## ORDER

  Telephonic hearing held on 5/15/2025.  By the agreement of the parties, the Clerk is directed to substitute Joshua Johnson, ICE Dallas Acting Field Director, and Marcello Villegas, Warden of the Bluebonnet Detention Facility (Center), in for Respondents Michael J. Smith and Ladeon Francis in this matter.  By further agreement of the parties, under 28 U.S.C. § 1631, the Clerk is directed to transfer this case to the United States District Court for the Northern District of Texas forthwith.  It is further ordered that the Temporary Restraining Order that this court entered on April 17, 2025 [20], and further extended on May 1, 2025 [34], is vacated without prejudice based on Respondents' agreement that Petitioner is covered by the Order of the Supreme Court of the United States in <u>A.A.R.P. v. Trump</u>, 145 S. Ct. 1034 (2025) ("The Government is directed not to remove any member of the putative class of detainees from the United States until further order of this Court.").

(00:20)

Date:  5/15/2025

                       _____
                       United States District Judge
                       Robert W. Gettleman