UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| F.J.C.G., <br><br>     Petitioner, <br><br> v. <br><br> KRISTI NOEM, et al., <br><br>     Respondents. | No. 1:25-CV-079-H |

## ORDER TO SHOW CAUSE

    Before the Court is the petitioner's motion for an order to show cause. Dkt. No. 47. The Court grants the motion (Dkt. No. 47) in part. The Court finds good cause to give the respondents 14 days to respond to this show-cause order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer to the petition by no later than July 8, 2025. The respondents also may file any other relevant motions by that deadline. The petitioner may file a reply to the respondents' answer by no later than July 22, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply. Service of this Order shall be made by the petitioner on the United States Attorney for the Northern District of Texas by 5:00 p.m. CT on June 24, 2025, which shall constitute good and sufficient service.

    So ordered on June 23, 2025.

 

*[signature]*
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE