UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

F.J.C.G.,

    Petitioner,

v.                                                                          No. 1:25-CV-079-H

KRISTI NOEM, et al.,

    Respondents.

## ORDER

Before the Court is the petitioner's motion to lift the stay of these proceedings pending the decision in *W.M.M., et al. v. Trump, et al.*, Fifth Cir. No. 25-10534. Dkt. No. 52. The respondents filed a response (Dkt. No. 53) and the petitioner replied (Dkt. No. 54). The motion is now ripe. For the reasons below, the Court denies the motion.

The petitioner is a member of the putative class in *W.M.M.* who was served with a notice of apprehension and removal under the Alien Enemies Act (AEA). Dkt. Nos. 47 at 1; 47-3 at 5. In late June, the Court directed the respondents to show cause for why the petition for a writ of habeas corpus (Dkt. No. 1) should not be granted. Dkt. No. 48. Instead of responding to the show-cause order, the respondents moved to stay the proceedings given the considerable overlap between the issues in this case and those on appeal in *W.M.M.* Dkt. No. 49. Specifically, the respondents asked the Court to "stay the proceedings in this case pending the Fifth Circuit's final adjudication of *W.M.M.*" *Id.* at 2. The Court granted the motion on July 28 and stayed these proceedings "pending the outcome of the appeal of *W.M.M.* at the Fifth Circuit." Dkt. No. 51 at 3.

On September 2, a Fifth Circuit panel issued its decision in *W.M.M.*, holding over a dissent that the petitioners in that case are likely to prove that the President improperly

invoked the AEA. *W.M.M. v. Trump*, __ F.4th __, 2025 WL 2508869, at *18 (5th Cir. Sept. 2, 2025); *see id.* at *39 (Oldham, J., dissenting). A Fifth Circuit judge withheld the mandate. Fifth Cir. No. 25-10534, Dkt. No. 200. The government petitioned for rehearing en banc, and the petitioners responded. Fifth Cir. No. 25-10534, Dkt. Nos. 206; 212.

On September 30, the Fifth Circuit granted rehearing en banc in *W.M.M.* and vacated the panel decision. Fifth Cir. No. 25-10534, Dkt. Nos. 219; 220. Accordingly, the panel decision is "of no precedential value," and the appeal remains pending. *Comer v. Murphy Oil USA, Inc.*, 718 F.3d 460, 468 (5th Cir. 2013) (quoting *United States v. Pineda-Ortuno*, 952 F.2d 98, 102 (5th Cir. 1992)).

The Court will therefore continue to stay these proceedings until the Fifth Circuit issues a final disposition in *W.M.M., et al. v. Trump, et al.*, Fifth Cir. No. 25-10534, which will occur when the mandate issues. *Charpentier v. Ortco Contractors*, 480 F.3d 710, 713 (5th Cir. 2007). The petitioner's motion to lift the stay (Dkt. No. 52) is denied.

So ordered on October 1, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE